■ PATRICK GILBO, Appellant, v JOHN McLELLAN, Respondent.—Motion for poor person relief denied. Memorandum: Plaintiff has failed to submit information concerning real property owned by him and concerning the mortgage debt owed to him. Also, he has failed to submit facts by which we can ascertain the merit of his appeal. Moreover, no notice of appeal has been filed in the County Clerk's Office. Present— Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.

■ In the Matter of SHIRLEY R. WILSON, Petitioner, v NEW YORK STATE CENTRAL REGISTER OF CHILD ABUSE AND MALTREATMENT CENTER, Respondent.—Motion for poor person relief denied with leave to renew within 30 days upon submission of an affidavit setting forth amounts and sources of income and listing all property with its value (see, CPLR 1101 [a]). Present—Callahan, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ ROCHESTER-GENESEE REGIONAL TRANSPORTATION AUTHORITY, Respondent, v MAIER-SCHULE GMC, INC., Appellant. —Motion for extension of time to file notice of appeal granted and filing on February 27, 1991 is deemed timely. Present— Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.

■ PEOPLE v FRANK GRULLON, Defendant.—Motion to extend time to take appeal denied. Memorandum: Defendant's motion to extend his time to take an appeal must be denied because there was no "improper conduct of a public servant" (CPL 460.30 [1] [a]). Defense counsel has submitted a form complying with 22 NYCRR 1022.11 (a) and signed by defendant in which he acknowledged that he did not want to appeal. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.